No. 71–5026. GRIFFIN v. OHIO. Sup. Ct. Ohio. Motion to amend petition granted. Certiorari denied.

No. 71–5051. CHACON v. UNITED STATES. C. A. 5th Cir. Certiorari denied. MR. JUSTICE STEWART and MR. JUSTICE MARSHALL are of the opinion that certiorari should be granted.

No. 76, October Term, 1970. AMALGAMATED ASSOCIATION OF STREET, ELECTRIC RAILWAY & MOTOR COACH EMPLOYEES OF AMERICA ET AL. v. LOCKRIDGE, 403 U. S. 274;

No. 153, October Term, 1970. TILTON ET AL. v. RICHARDSON, SECRETARY OF HEALTH, EDUCATION, AND WELFARE, ET AL., 403 U. S. 672;

No. 323, October Term, 1970. COOLIDGE v. NEW HAMPSHIRE, 403 U. S. 443;

No. 1273, October Term, 1970. STAFFORD v. MICHIGAN, 402 U. S. 968;

No. 1442, October Term, 1970. CLEMENT A. EVANS & Co., INC. v. A. M. KIDDER & Co., INC., ET AL., 402 U. S. 988;

No. 1467, October Term, 1970. ITT LAMP DIVISION OF INTERNATIONAL TELEPHONE & TELEGRAPH CORP. v. MINTER, COMMISSIONER OF DEPARTMENT OF PUBLIC WELFARE OF MASSACHUSETTS, 402 U. S. 933;

No. 1469, October Term, 1970. HOMART DEVELOPMENT CO. v. DIAMOND ET AL., 402 U. S. 988;

No. 1504, October Term, 1970. GIANNATTI ET AL. v. COUNTY OF LOS ANGELES, 402 U. S. 992;

No. 1546, October Term, 1970. HOHENSEE ET AL. v. SCIENTIFIC LIVING, INC., ET AL., 402 U. S. 1012;

No. 1547, October Term, 1970. GENERAL RADIO Co. v. KEPCO, INC., 402 U. S. 1008; and

No. 1574, October Term, 1970. LOWE v. YOUNG, 402 U. S. 1006. Petitions for rehearing denied.